**VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.**
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

ANNE C. VLADECK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/10
```

November 9, 2010

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007-1312

Re: Michael Econn v. Barclays Bank PLC and Barclays Capital, Inc.
Case No. 07 Civ. 2440 (BSJ)

Dear Judge Jones:

We represent the plaintiff, Michael Econn in the above-referenced matter. Pursuant to Your Honor's Order dated October 14, 2010, we request an additional 30-day Order so that we can finalize the settlement of this matter.

Respectfully submitted,

*/s/ Anne C. Vladeck*
Anne C. Vladeck

ACV/vb

cc: Theodore O. Rogers, Jr., Esq. (by facsimile)

2702621 v1

---

*Handwritten order:*

The time within which this action must be settled is extended to December 15, 2010. If the parties wish to reopen this matter or extend the time within which they may settle it, a letter application must be made on or before December 15, 2010. So ordered.

Barbara S. Jones
USDJ
11/10/2010