Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

MICHAEL ECONN,

          Plaintiff,

    -against-

BARCLAYS BANK PLC and BARCLAYS
CAPITAL INC.,

          Defendants.

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/10

07 Civ. 2440 (BSJ) (GWG)

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on or about March 26, 2007, plaintiff Michael Econn ("Econn") commenced this action by filing a complaint in the United States District Court for the Southern District of New York, captioned Econn v. Barclays Bank PLC and Barclays Capital Inc., Case No. 07-cv-2440 (BSJ) (GWG), against Barclays Bank PLC and Barclays Capital Inc. (collectively, "Barclays");

WHEREAS, on October 7, 2010, Barclays and Econn (the "Parties") appeared at a settlement conference before the Honorable Gabriel W. Gorenstein, U.S.M.J. (the "Settlement Conference"); and

WHEREAS, with the assistance of Magistrate Judge Gorenstein, the Parties resolved at the Settlement Conference to settle all matters between them and subsequently entered into a Confidential Settlement Agreement and Release (the

"Agreement"), pursuant to which Econn has agreed to a dismissal of all claims against Barclays with prejudice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that any and all claims and causes of action in the above-captioned action are dismissed with prejudice, and that each party shall be responsible for its own fees and costs.

Dated: December 6, 2010

| SULLIVAN & CROMWELL LLP | VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C. |
|---|---|
| By: _____ <br> Theodore O. Rogers, Jr. <br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, New York 10004 <br> (212) 558-4000 <br> rogerst@sullcrom.com | By: _____ <br> Anne C. Vladeck <br> Vladeck, Waldman, Elias & <br> Engelhard, P.C. <br> 1501 Broadway, Suite 800 <br> New York, New York 10036 <br> (212) 403-7300 <br> avladeck@vladeck.com |
| *Attorneys for Barclays Bank PLC and Barclays Capital Inc.* | *Attorneys for Plaintiff Michael Econn* |

SO ORDERED on this 29th day of December 2010

_____
Hon. Barbara S. Jones, U.S.D.J.

BC